UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID P. MITCHELL,

    Plaintiff,

v.                                                 Case No: 8:15-cv-2883-T-24JSS

MEDICREDIT, INC.,

    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTIONS TO COMPEL

THIS MATTER is before the Court on Defendant's Motion to Compel Plaintiff's Participation in Discovery (Dkt. 20) and Defendant's Emergency Motion to Compel Plaintiff's Participation in Discovery (Dkt. 26). In both motions, Defendant moves the Court to compel Plaintiff to appear for a deposition at a mutually agreeable time and place, stating that Plaintiff has failed to provide dates for his deposition.[1] Additionally, Defendant moves for an extension of the discovery and dispositive motions deadlines to accommodate the scheduling of Plaintiff's deposition. (Dkt. 26.) In Plaintiff's Response in Opposition to Defendant's Motion to Compel, he attaches correspondence in which he provides six potential dates for his deposition, all occurring after the discovery deadline of October 24, 2016. (Dkt. 25, Ex. A.) Upon consideration, it is

**ORDERED**:

1. Defendant's Motion to Compel Plaintiff's Participation in Discovery (Dkt. 20) is **DENIED** as moot.

---

[1] Initially, Defendant moved to compel Plaintiff to respond to Defendant's written discovery requests, as well as Plaintiff's appearance at a deposition, as Plaintiff had failed to serve objections or responses to Defendant's written discovery requests. (Dkt. 20.) In his response, filed on the same day as Defendant's Emergency Motion to Compel, Plaintiff states that he has furnished answers and responses to Defendant's written discovery, (Dkt. 25), and Defendant's Emergency Motion to Compel acknowledges receipt of Plaintiff's written discovery responses, (Dkt. 26).

- 2 -

2. Defendant's Emergency Motion to Compel Plaintiff's Participation in Discovery (Dkt. 26) is **GRANTED**.

3. Plaintiff must appear for his deposition on October 28, 2016.

4. The discovery deadline advances from October 24, 2016, until November 7, 2016.

5. The Motion is denied as to Defendant's request for costs and fees associated with the preparation and prosecution of the motions to compel.

6. District Judge Susan C. Bucklew will address Defendant's Motion in all other regards as it concerns deadlines imposed in the Court's Case Management and Scheduling Order (Dkt. 12).

**DONE** and **ORDERED** in Tampa, Florida, on October 24, 2016.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record