UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID P. MITCHELL,

                Plaintiff                     CASE NO.: 8:15-cv-02883-SCB-JSS

v.

MEDICREDIT, INC.,

                Defendant.

_____/

## NOTICE OF SETTLEMENT

      Plaintiff, DAVID P. MITCHELL, by and through his undersigned counsel, hereby gives Notice that the Plaintiff and the Defendant, MEDICREDIT, INC., have reached a settlement in this lawsuit.  The parties respectfully request that the Court vacate all deadlines and strike any upcoming hearings and trial pending the parties' submission of a Joint Stipulation of Dismissal.

      Respectfully submitted this 6th day of February, 2017.

*/s/Jeffrey "Jack" Gorgon*
Jeffrey "Jack" Gordon, Esq.
Florida Bar No. 836760
Richard D. Giglio, Esq.
Florida Bar No. 128392
MANEY & GORDON, P.A.
101 East Kennedy Blvd., Suite 3170
Tampa, Florida 33602
Telephone: (813) 221-1366
Fax: (813) 223-5920
j.gordon@ManeyGordon.com
r.giglio@ManeyGordon.com
k.glascock@ManeyGordon.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing via the Court's ECF system to all CM/ECF participants.

_/s/Jeffrey "Jack" Gorgon_
Jeffrey "Jack" Gordon, Esq.
Florida Bar No. 836760
Richard D. Giglio, Esq.
Florida Bar No. 128392
MANEY & GORDON, P.A.
101 East Kennedy Blvd., Suite 3170
Tampa, Florida 33602
Telephone: (813) 221-1366
Fax: (813) 223-5920
j.gordon@ManeyGordon.com
r.giglio@ManeyGordon.com
k.glascock@ManeyGordon.com
Counsel for Plaintiff
